United States District Court
Eastern District of Louisiana

Janet B. Walton, Complainant
vs
Tom J. Vilsack, Defendant
Secretary,
U.S. Department of Agriculture,
Agency

COMPLAINT: EEO Discrimination
Agency No- GIPSA-2007-00336

09-7627

SECT. C  MAG. 2

**Jurisdiction:** The discrimination happened in the New Orleans Field Office where I work. FGIS, NOFO, Destrehan, La

**Parties:** Tom J. Vilsack, Secretary, Department of Agriculture, Agency

**Complaint:** EEO discrimination due to NON selection of the Area Manager position based on SEX (female) race (African American) and age.

**Demand:**
1. Retire with years of service at GS 13 step 10.
2. The highest amount awarded for compensatory damages for humiliation, emotional distress, mental anguish, loss of credibility, loss of income due to NON selection of Area Manager.
3. Managers receive diversity training
4. Payment of all attorney fees.

December 9, 2009

Janet B. Walton
Janet B. Walton
16053 Solberg Road,
Kentwood, La. 70444
(504) 610-1509

Fee $350